DCM FORM NO. 7
1/1/92

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## CASE MANAGEMENT CONFERENCE
## MINUTE SHEET

CASE MANAGEMENT CONFERENCE HELD BEFORE __JUDGE DONALD C. NUGENT__ ON __JULY 27, 1010.__
JUDICIAL OFFICER

| | |
|---|---|
| One Source Technology, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Robert DiFilippo,<br><br>　　　　　　Defendant. | CASE NO. 1:10 CV 860<br><br>Length of Conference:<br><br>JUDGE: DONALD C. NUGENT |

**DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?** YES ☐  NO ☒

**TRACK DESIGNATION:**
Administrative ☐   Expedited ☐   Standard ☒   Complex ☐   Mass Torts ☐

**CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION:** YES ☐ NO ☒
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐   Mediation ☐   Arbitration ☐   Summary Jury Trial ☐   Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

**DISCOVERY TYPE AND EXTENT:**

**DISCOVERY CUT OFF DATE:** 12/31/10

**MOTIONS CUT OFF DATE:** TO BE DETERMINED

**CASE STATUS HEARING SCHEDULED FOR:** 9/24/10 @ 9:00 am

**NOTES:** CMC held and all counsel present. Planning rpt. filed — (P) claims def took trade secrets + (P) says def has improperly applied for a patent that (P) claims belongs to it. Parties may be able to resolve the non-monetary issues — e.g. licensing agreement or otherwise — after some discovery, case maybe appropriate for Mag mediation.

Length of Proceeding: 15 min      S/DCN
　　　　　　　　　　　　　　　　　DISTRICT JUDGE