UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ONE SOURCE TECHNOLOGY, LLC, ) CASE NUMBER 1: 10 CV 860
dba ASURINT, )
) JUDGE DONALD C. NUGENT
Plaintiff, )
)
vs. ) VERDICT ON BREACH OF
) CONTRACT CLAIM
ROBERT DiFILIPPO, )
)
Defendant. )

We the jury, being duly impaneled and sworn, find by a preponderance of the evidence in favor of ___PLAINTIFF___ (**Insert in ink either "Plaintiff" or "Defendant"**) on Plaintiffs' Breach of Contract claim. If your verdict is for the Plaintiff on this claim, state the amount of damages, if any, you award. ___$ 10.00___ (**Insert in ink an amount from $0 to whatever your findings indicate.**)



Foreperson

DATED: ___4-20-12___