UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ONE SOURCE TECHNOLOGY, LLC, dba ASURINT, | ) ) ) | CASE NUMBER 1: 10 CV 860 |
| Plaintiff, | ) ) ) ) | JUDGE DONALD C. NUGENT |
| vs. | ) ) ) | VERDICT ON PLAINTIFF'S CLAIM OF VIOLATION OF THE OHIO UNIFORM TRADE SECRETS ACT |
| ROBERT DiFILIPPO, | ) ) ) | |
| Defendant. | ) | |

We the jury, being duly impaneled and sworn, find by a preponderance of the evidence in favor of __DEFENDANT__ (Insert in ink either "Plaintiff" or "Defendant") on Plaintiffs' claim of violation of the Ohio Uniform Trade Secrets Act. If your verdict is for the Plaintiff on this claim, state the amount of damages, if any, you award. __N/A__ (Insert in ink an amount from $0 to whatever your findings indicate.)



Foreperson



DATED: __4-20-12__

Answer Interrogatory No. 1 only if your verdict is for Plaintiff on this claim.